UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WAL-MART STORES, INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:14CV1805 RLW |
| PDX INC., et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Compel Compliance with Rule 26 of the Federal Rules of Civil Procedure (ECF No. 32), Defendants' Motion to Compel Compliance with Local Rule 2.09, Disclosure of Organizational Interest (ECF No. 34), and the Motion of Defendants for Extension of Time to File Rule 26 Disclosures (ECF No. 36).

Since the filing of these motions, Plaintiff filed its Disclosure of Organizational Interests Certificate. (ECF Nos. 38-39). Plaintiff also provided its Supplemental Rule 26 Disclosures. (ECF No. 40). Finally, Plaintiff has indicated it has no objection to Defendants' request for an additional 30 days to file their Rule 26 disclosures. (ECF No. 37). Based upon Plaintiff's submissions, it appears that all of the issues raised in Defendants' Motions (ECF Nos. 32, 34, 26) are moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel Compliance with Rule 26 of the Federal Rules of Civil Procedure (ECF No. 32) and Defendants' Motion to Compel Compliance with Local Rule 2.09, Disclosure of Organizational Interest (ECF No. 34) are **DENIED** as moot.

1

**IT IS FURTHER ORDERED** that the Motion of Defendants for Extension of Time to File Rule 26 Disclosures (ECF No. 36) is **GRANTED**. Defendants shall make all disclosures required by Fed. R. Civ. P. 26(a)(1) no later than **August 5, 2015**.

Dated this 7th day of July, 2015.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE