UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| WAL-MART STORES, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:14CV1805 RLW |
| PDX, INC., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On several occasions, this case has been referred to Alternative Dispute Resolution (ADR). (ECF No. 46, 54, 71). Most recently, Plaintiff moved to extend the deadline for identifying a neutral until March 31, 2016, which was granted by the Court. (ECF No. 79, 81). The Court has contacted Plaintiff, but it still has not identified the neutral.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is ordered to provide the designation of neutral no later than **Friday, April 29, 2016.** Failure to do so may result in sanction, up to and including dismissal of Plaintiff's lawsuit for failure to prosecute.

Dated this 25th day of April, 2016.

/s/ Ronnie L. White
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE