UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| WAL-MART STORES, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:14CV1805 RLW |
| PDX, INC., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On April 29, 2016, Plaintiff filed a Designation of Neutral in this action. (ECF No. 85). Therein, Plaintiff stated that the parties had chosen James R. Hartenbach to serve as a neutral, but the parties requested an extension to complete the ADR conference. Since that time, several extensions to the ADR deadline have been requested and granted. Currently, the deadline for completing ADR is November 15, 2016. (ECF No. 122). To date, Plaintiff still has not provided a date for the mediation, despite repeated requests from the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is ordered to provide the complete Designation of Neutral, including the date of the mediation, no later than **Monday, November 7, 2016.** Failure to do so may result in sanction, up to and including dismissal of Plaintiff's lawsuit for failure to prosecute.

Dated this 1st day of November, 2016.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE